**FILED**

JAN 1 4 2020

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                                    Plaintiff,

vs.

Amador Nunez-Quinonez,

                                    Defendant.

Case No. 19-cr-03181-CAB-2

JUDGMENT OF DISMISSAL

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☒ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☐ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Indictment/Information: 8:1324(a)(1)(A)(ii),(v)(I),(a)(1)(B)(i) - Conspiracy to Transport Certain Aliens for Financial Gain; 8:1324(a)(1)(A)(ii) - Transportation of Certain Aliens

Dated:      1/14/20

Hon. Bernard G. Skomal
United States Magistrate Judge